953 A.2d 761

DONALD W. JOHNSON AND SAMUEL JOHNSON, JR., PLAIN-
TIFFS–PETITIONERS, v. OCEAN CITY PLANNING
BOARD, DEFENDANT–RESPONDENT.

O.C. ELITE HOMES, PLAINTIFF–PETITIONER, v. OCEAN CITY
PLANNING BOARD, DEFENDANT–RESPONDENT.

July 23, 2008.

It is ORDERED that the petition for certification is granted
and the matter is summarily remanded to the Appellate Division
for reconsideration in light of *Hess v. Planning Board of County
of Burlington,* 195 *N.J.* 616, 951 *A.*2d 970 (2008).